[No. 48499-4-II.   Division Two.   February 7, 2017.]

PERRY DALE SIPE, *Appellant*, v. MELISSA LYNN SIPE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-01231-7, Garold E. Johnson, J., entered January 22, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48607-5-II.   Division Two.   February 7, 2017.]

*In the Matter of the Dependency of* C.S.J.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-7-00325-9, Thurman William Lowans, J. Pro Tem., entered December 9, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 49497-3-II.   Division Two.   February 7, 2017.]

*In the Matter of the Custody of* JAMIE-LEANN PATAROZZI ET AL.

DONALD EDWARD BAXTER ET AL., *Respondents*, v. SAUN-MICHELLE GAYLOR, *Respondent*, KENNETH JAMES PATAROZZI, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-3-03602-4, Kitty-Ann van Doorninck, J., entered August 17, 2016. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.